IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANTHONY LEWIS,

      Plaintiffs,                               3:10-cv-00497-HDM-VPC

  vs.                                         ORDER

LT. STANKUS, *et al*.,

      Defendants.

_____/

    The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

    IT IS FURTHER ORDERED that this matter be referred to Chief Judge Roger L. Hunt for reassignment.

    Dated this 11th day of August, 2010.


                                                  /s/ Howard D. McKibben
                                                  UNITED STATES DISTRICT JUDGE