UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANTHONY LEWIS
#96337

    Plaintiff,

vs.

A. STANKUS, *et al.*,

    Defendants.

3:10-cv-00497-ECR-VPC

**ORDER**

Plaintiff has submitted a *pro se* civil rights complaint. Plaintiff has failed to submit an application to proceed *in forma pauperis* on the required form. *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2. Plaintiff will be granted thirty (30) days in which to submit a completed and signed application to proceed *in forma pauperis* on the form provided by this court. The application must be accompanied by all required financial documentation, as described in the instructions for use of the form.

**IT IS THEREFORE ORDERED** that the Clerk **SHALL SEND** plaintiff the approved form for an Application to Proceed *In Forma Pauperis* by a prisoner, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*." Within **thirty (30)**

1 | days from the date of entry of this order, plaintiff **SHALL FILE** a completed and signed application to
2 | proceed *in forma pauperis* on the form provided by this court.  Plaintiff's failure to file an application
3 | to proceed *in forma pauperis* in compliance with this order may result in the dismissal of his lawsuit
4 | without prejudice.

5 | DATED this 18th day of November, 2010.

_____
UNITED STATES MAGISTRATE JUDGE