UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANTHONY LEWIS, | ) | 3:10-CV-0497-ECR (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | October 31, 2011 |
| A. STANKUS, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants' second motion to extend the discovery deadline (#52) is **GRANTED** for the limited purpose of deposing the plaintiff. Defendants shall have to and including **Wednesday, November 30, 2011** to conduct the deposition of the plaintiff. Dispositive motions shall be due on or before **Friday, December 30, 2011.  No further extensions of time shall be granted**.

   **IT IS SO ORDERED.**

                                                LANCE S. WILSON, CLERK

                              By:          /s/
                                                Deputy Clerk