## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANTHONY LEWIS, | ) | 3:10-CV-0497-ECR (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | January 18, 2012 |
| A. STANKUS, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motions to "make a continuance to the opposition to defendants' summary judgment" (#s 60 & 61) are **DENIED**. Discovery has concluded in this case (#s 30 & 53), and plaintiff has already filed an opposition to defendants' motion for summary judgment (#59).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:          /s/
        Deputy Clerk