UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANTHONY LEWIS, | ) | 3:10-CV-0497-ECR (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | January 24, 2012 |
| A. STANKUS, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Defendants filed a motion to seal medical exhibit E in support of defendants' motion for summary judgment (#55). No opposition was filed. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. Therefore,

   **IT IS ORDERED** that defendants' motion to seal exhibit E in support of defendants' motion for summary judgment (#55) is **GRANTED**. The exhibit (#56) is filed and shall remain under seal.

   **IT IS SO ORDERED.**

                              LANCE S. WILSON, CLERK

                              By:          /s/
                                      Deputy Clerk